**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Jose Sanchez Alberte,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02792-CDS-DJA

**Order Dismissing Duplicate Case**

Petitioner Jose Sanchez Alberte, an immigration detainee who is challenging the lawfulness of his federal detention at the Nevada Southern Detention Center, has filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1. However, Sanchez Alberte has an identical § 2241 petition challenging his immigration detention. *See Sanchez Alberte v. Blanche*, Case No. 2:26-cv-01699-GMN-EJY. The court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Sanchez Alberte wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-01699-GMN-EJY.

It is therefore ordered that this action is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: September 3, 2026

Cristina D. Silva
United States District Judge